

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



THE TAUBMAN COMPANY LIMITED
PARTNERSHIP,

        Plaintiff,

v

WEBFEATS and HENRY MISHKOFF,

        Defendants.

Civil Action No. 01-72987
Honorable Lawrence P. Zatkoff
Magistrate Judge Komives

**STIPULATED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES PLAINTIFF, The Taubman Company Limited Partnership, and moves for voluntary dismissal of all claims in this case with prejudice.

Defendants concur in this dismissal.

IT IS SO ORDERED.

Dated: 18 FEB 2003

_____
LAWRENCE P. ZATKOFF
CHIEF UNITED STATES DISTRICT JUDGE

_____
Paul Alan Levy (DC Bar 946400)
Public Citizen Litigation Group
1600 - 20th Street, NW
Washington, DC 20009
(202) 588-1000

*Attorney for Defendants*

_____
Julie A. Greenberg (P38299)
GIFFORD, KRASS, GROH, SPRINKLE,
ANDERSON & CITKOWSKI, P.C.
280 N. Old Woodward Ave., Suite 400
Birmingham, MI 48009
(248) 647-6000

*Attorneys for Plaintiff*